UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEITH E. MAYER, | ) | Case No. 07-18502-CAD |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Trustee's Final Report**

To:   The Honorable Carol A. Doyle
      United States Bankruptcy Judge

NOW COMES JAY A. STEINBERG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on October 9, 2007 and JAY A. STEINBERG was appointed Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the trustee's final account as of January 21, 2009 is as follows:

    a.  RECEIPTS (See Exhibit C)                              $12,788.75
    b.  DISBURSEMENTS (See Exhibit C)                         $2,000.00
    c.  NET CASH available for distribution                   $10,788.75
    d.  TRUSTEE/PROFESSIONAL COSTS:
        1.  Trustee compensation                              $1,828.88
        2.  Trustee Expenses                                  $0.00
        3.  Compensation requested by                         $0.00
            other estate professionals

5. The Bar Date for filing unsecured claims expired on April 28, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D), to the extent such claims will receive a distribution. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims *(including Debtor's exemption)* | $3,828.88 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $20,983.46 |

7. Trustee proposes that unsecured creditors receive a distribution of 42.70% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Jay Steinberg, Trustee *Trustee Compensation* | $0.00 | $1,828.88 | $0.00 |

9. A fee of $1,400.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: February 2, 2009

/s/Jay A. Steinberg, Trustee
JAY A. STEINBERG, Trustee
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

Tasks Completed by Trustee

Exhibit A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A. Trustee analyzed and investigated the Debtor's partial interest in the probate estate of Edward Vojahosky ("Probate Estate"); Trustee asserted the Estate's interest in the Probate Estate; Trustee directed the turnover of the Debtor's portion of the Probate Estate to the Trustee and recovered gross proceeds of $12,769.38 ("Probate Funds");

B. Trustee reviewed and analyzed the claims filed against the Estate; Trustee verified the Debtor's claimed exemption and made a distribution to Debtor on account of his allowed exemption in the Probate Funds;

C  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F. Trustee analyzed tax matters concerning the Estate; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**EXHIBIT A**

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Case No:   07-18502   CAD   Judge: CAROL A. DOYLE
Case Name:   MAYER, KEITH E.

For Period Ending  01/21/09

Trustee Name:   JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c)   10/09/07 (f)
341(a) Meeting Date:   11/13/07
Claims Bar Date:   04/28/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE<br>Real Estate located at 109 North Elm Lane, Glenwood, Il. | 146,649.00 | Unknown | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT<br>Charter One Bank | 600.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY<br>Watch | 5.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICY<br>Whole life insurance through Aetna | 0.00 | 0.00 | | 0.00 | FA |
| 7. RETIREMENT PLANS<br>Pension | Unknown | 0.00 | | 0.00 | FA |
| 8. CONTINGENT OR UNLIQUIDATE INTERESTS<br>Estate of Edward Vojahosky, 04 P 8525<br>Possible 1/12th interest in Federal Employee Group Life Insurance of Edward Vojahosky<br>Possible 1/12th interest in Civil Service Retirement System Life Insurance of Edward Vojahosky | 5,300.00 | Unknown | | 12,769.38 | FA |
| 9. AUTOMOBILE<br>2001 Subaru Forester, 108,860 miles | 1,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 19.37 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $156,154.00   $0.00   $12,788.75   $0.00
(Total Dollar Amount in Column 6)

LFORM1

Ver. 14.21

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Case No:  07-18502    CAD    Judge: CAROL A. DOYLE
Case Name:    MAYER, KEITH E.

Trustee Name:    JAY A. STEINBERG, TRUSTEE
Date Filed (f) or Converted (c):    10/09/07 (f)
341(a) Meeting Date:    11/13/07
Claims Bar Date:    04/28/08

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating recovery of assets.

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/08

LFORM1

Ver 14.21

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 07-18502 -CAD | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | MAYER, KEITH F. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2223 BofA - Money Market Account |
| Taxpayer ID No: | *******0749 | | | |
| For Period Ending: | 01/21/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  01/24/08 | 8 | Thomas F. Novotny, Attorney Client Escrow Account | Proceeds from Vojahosky Estate | 1129-000 | 12,685.34 | | 12,685.34 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 0.55 | | 12,685.89 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 3.02 | | 12,688.91 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.00 | | 12,691.91 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.60 | | 12,694.51 |
| C  05/29/08 | 8 | Thomas F. Novotny 4550 W. 103rd Street Oak Lawn, IL. 60453 | | 1129-000 | 84.04 | | 12,778.55 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.61 | | 12,780.16 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.57 | | 12,781.73 |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.62 | | 12,783.35 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.59 | | 12,784.94 |
| C t 08/29/08 | | Transfer to Acct #*******2278 | Bank Funds Transfer | 9999-000 | | 2,000.00 | 10,784.94 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.33 | | 10,786.27 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.05 | | 10,787.32 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.88 | | 10,788.20 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.55 | | 10,788.75 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******2223 | | Balance Forward | 0.00 | 0 | Checks | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| | 2 | Deposits | 12,769.38 | 0 | Adjustments Out | 0.00 |
| | 12 | Interest Postings | 19.37 | 1 | Transfers Out | 2,000.00 |
| | | Subtotal | $ 12,788.75 | | Total | $ 2,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 12,788.75 | | | |

LFORM2T4

Ver: 14.21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| | |
|---|---|
| Case No: 07-18502 -CAD | Trustee Name: JAY A. STEINBERG, TRUSTEE |
| Case Name: MAYER, KEITH E | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: ******2278 BofA - Checking Account |
| Taxpayer ID No: ******0749 | |
| For Period Ending: 01/21/09 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 08/29/08 | | Transfer from Acct #******2223 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 2,000.00 |
| C 08/29/08 | 003001 | Keith E. Mayer<br>109 North Elm Lane<br>Glenwood, IL 60425 | Funds to Debtor for Exemptions | 8100-002 | | 2,000.00 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account ******2278 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 1 | Checks | 2,000.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 2,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 2,000.00 | | | |
| | | Total | $ 2,000.00 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 12,769.38 | 1 | Checks | 2,000.00 |
| | 12 | Interest Postings | 19.37 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 2,000.00 |
| | | Subtotal | $ 12,788.75 | | | |
| | | | | | Total | $ 4,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 2,000.00 | | | |
| | | Total | $ 14,788.75 | | Net Total Balance | $ 10,788.75 |

LFORM2T4

Ver: 14.21

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEITH E. MAYER, | ) | Case No. 07-18502-CAD |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

## PROPOSED DISTRIBUTION REPORT

I, JAY A. STEINBERG, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court, to the extent such claims will receive a distribution, and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $1,828.88 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $8,959.87 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $10,788.75 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $3,828.88 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Jay Steinberg, Trustee<br>*Trustee Compensation* | $1,828.88 | $1,828.88 |
| | Keith E. Mayer<br>*Debtor Exemption* | $2,000.00 | $0.00 |
| | **CLASS TOTALS** | **$3,828.88** | **$1,828.88** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $20,983.46 | 42.70% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Recovery Mgmt. Systems Corp. *General Unsecured 726* | $1,306.91 | $558.05 |
| 000002 | Discover Bank *General Unsecured 726* | $7,455.96 | $3,183.66 |
| 000003 | Recovery Mgmt. Systems Corp. *General Unsecured 726* | $5,739.95 | $2,450.94 |
| 000004 | Dr. Michael Ryan *General Unsecured 726* | $958.00 | $409.06 |
| 000005 | Chase Bank USA *General Unsecured 726* | $3,760.37 | $1,605.67 |
| 000006 | Chase Bank USA General Unsecured 726 | $1,262.16 | $538.94 |
| 000007 | American Express Centurion Bank *General Unsecured 726* | $500.11 | $213.55 |
| | **CLASS TOTALS** | **$20,983.46** | **$8,959.87** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 2, 2009            /s/ Jay A. Steinberg, trustee

Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:
Keith E. Mayer
109 North Elm Lane
Glenwood, IL 60425
SSN: xxx-xx-5830 EIN: N.A.

Case No. : 07-18502
Chapter : 7
Judge : Carol A. Doyle

---

Debtor's Attorney:
Stuart B Handelman
Law Offices Of Stuart B Handelman P C
332 S Michigan Ave Ste 1020
Chicago, IL 60604

312 360-0500 Ext. 14

Trustee:
Jay A Steinberg ESQ
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601

312 505-2688

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above-named debtor(s) on *October 9, 2007*.

1. *April 28, 2008* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *April 28, 2008* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: January 25, 2008

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

# CERTIFICATE OF SERVICE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: mrahmoun           Page 1 of 2              Date Rcvd: Jan 25, 2008
Case: 07-18502                Form ID: ntcftfc7        Total Served: 32

The following entities were served by first class mail on Jan 27, 2008.
db           +Keith E. Mayer,    109 North Elm Lane,    Glenwood, IL 60425-1430
aty          +Kelly Smith,    Law Offices of Stuart B. Handelman, P.C.,    332 S. Michigan Avenue,    Suite 1000,
               Chicago, IL 60604-4398
aty          +Stuart B Handelman,    Law Offices Of Stuart B Handelman P C,    332 S Michigan Ave Ste 1020,
               Chicago, IL 60604-4323
tr           +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,    Chicago, IL 60601-2124
11662189     +American Express,    c/o United Recovery Systems, Inc.,    5800 N. Course Drive,
               Houston, TX 77072-1613
11662169      BP,    P.O. Box 15325,    Wilmington, DE 19886-5325
11662168      Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
11662181     +Citifinancial,    c/o Law Offices of Richard A. Snow,    123 W. Madison Street, Suite 310,
               Chicago, IL 60602-4847
11662174      Citifinancial,    152 Town Center Drive,    P.O. Box 249,    Matteson, IL 60443-0249
11662175     +Citifinancial Mortgage Company,    152 Town Center Drive,    Matteson, IL 60443-2245
11662177     +Dr. Michael Ryan,    17061 S. Harlem Ave.,    Tinley Park, IL 60477-2739
11662178      Emerge MasterCard,    P.O. Box 105655,    Atlanta, GA 30348-5655
11662179     +FIA Card Service N.A.,    c/o Penncro Associates, Inc.,    P.O. Box 1878,
               Southampton, PA 18966-0108
11662183     +Home Depot Credit Services,    c/o Northland Group, Inc.,    P.O. Box 390905,
               Edina, MN 55439-0905
11662180      Home Depot Credit Services,    P.O. Box 689100,    Des Moines, IA 50368-9100
11699170      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11662184     +Sears Credit Cards,    c/o Northland Group, Inc.,    P.O. Box 390905,    Edina, MN 55439-0905
11662185      Sears Credit Cards,    P.O. Box 183081,    Columbus, OH 43218-3081
11662186      Sears Gold MasterCard,    P.O. Box 818007,    Cleveland, OH 44181-8007
11662187     +St. James Hospital and Health,    Centers,    1423 Chicago Road,    Chicago Heights, IL 60411-3400
11662166      St. James Hospital and Health,    Centers,    c/o Accounts Recovery Bureau, Inc.,    P.O. Box 19857,
               Indianapolis, IN 46219-0857
11662172     +Union Plus Credit Card,    c/o CCB Credit Services, Inc.,    5300 S. 6th Street,
               Springfield, IL 62703-5184
11662191     +Well Group Health Partners,    333 Dixie Highway,    Chicago Heights, IL 60411-1748
11662192      Wells Fargo Financial Bank,    P.O. Box 98751,    Las Vegas, NV 89193-8751

The following entities were served by electronic transmission on Jan 26, 2008.
11662167      EDI: AMEREXPR.COM Jan 25 2008 22:10:00      American Express,    P.O. Box 360002,
               Ft. Lauderdale, FL 33336-0002
11662168      EDI: BANKAMER2.COM Jan 25 2008 22:10:00      Bank of America,    P.O. Box 15726,
               Wilmington, DE 19886-5726
11662170      EDI: CAPITALONE.COM Jan 25 2008 22:09:00      Capital One,    P.O. Box 70884,
               Charlotte, NC 28272-0884
11662171      EDI: CAPITALONE.COM Jan 25 2008 22:09:00      Capital One Bank,    P.O. Box 60024,
               City Of Industry, CA 91716-0024
11662173      EDI: CHASE.COM Jan 25 2008 22:10:00      Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11662176      EDI: DISCOVER.COM Jan 25 2008 22:10:00      Discover Card,    P.O. Box 30943,
               Salt Lake City, UT 84130
11662182      EDI: HFC.COM Jan 25 2008 22:09:00      Menards - Retail Services,    P.O. Box 15521,
               Wilmington, DE 19850-5521
11699170      EDI: RECOVERYCORP.COM Jan 25 2008 22:09:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11662185      EDI: SEARS.COM Jan 25 2008 22:09:00      Sears Credit Cards,    P.O. Box 183081,
               Columbus, OH 43218-3081
11662186      EDI: SEARS.COM Jan 25 2008 22:09:00      Sears Gold MasterCard,    P.O. Box 818007,
               Cleveland, OH 44181-8007
11662188      EDI: HFC.COM Jan 25 2008 22:09:00      Union Plus Credit Card,    P.O. Box 88000,
               Baltimore, MD 21288-0001
11662190      EDI: RMSC.COM Jan 25 2008 22:09:00      Wal*Mart,    P.O. Box 530938,    Atlanta, GA 30353-0938
11662192      EDI: WFFC.COM Jan 25 2008 22:09:00      Wells Fargo Financial Bank,    P.O. Box 98751,
               Las Vegas, NV 89193-8751
                                                                                                 TOTAL: 13

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: mrahmoun | Page 2 of 2 | Date Rcvd: Jan 25, 2008 |
| Case: 07-18502 | Form ID: ntcftfc7 | Total Served: 32 | |

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2008         Signature:  *Joseph Speetjens*