UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KEITH E. MAYER, | ) | Case No. 07-18502 |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At:      U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

    On: **April 21, 2009**                    Time:  **10:30 a.m.**

2.    The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTORS AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.    The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $12,788.75 |
| Disbursements | $2,000.00 |
| Net Cash Available for Distribution | $10,788.75 |

4.    Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Expenses Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JAY STEINBERG, TRUSTEE<br>*Trustee Compensation* | $0.00 | $1,828.88 | $0.00 |
| Keith E. Mayer<br>*Debtor Exemption* | $2,000.00 | $0.00 | $0.00 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:  NONE

6.    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  **The priority dividend is anticipated to be 0.00%.**    Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7.      Claims of general unsecured creditors totaling $20,983.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  **The general unsecured dividend is anticipated to be 42.70%.**

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Recovery Mgmt. Systems Corp. | $1,306.91 | $558.05 |
| 000002 | Discover Bank | $7,455.96 | $3,183.66 |
| 000003 | Recovery Mgmt. Systems Corp. | $5,739.95 | $2,450.94 |
| 000004 | Dr. Michael Ryan | $958.00 | $409.06 |
| 000005 | Chase Bank USA | $3,760.37 | $1,605.67 |
| 000006 | Chase Bank USA | $1,262.16 | $538.94 |
| 000007 | American Express Centurion Bank | $500.11 | $213.55 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and the application for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov.*  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing: NONE

Dated:  **March 20, 2009**                                    For the Court,

                                    By:    **KENNETH S. GARDNER**
                                           CLERK OF THE COURT

Trustee:        Jay A. Steinberg, Trustee
Address:        35 East Wacker
                Suite 1550
                Chicago, IL  60601-0000
Phone No.:      (312) 832-4703

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: amcc7              Page 1 of 2            Date Rcvd: Mar 20, 2009
Case: 07-18502             Form ID: pdf002          Total Served: 35

The following entities were served by first class mail on Mar 22, 2009.
db          +Keith E. Mayer,   109 North Elm Lane,   Glenwood, IL 60425-1430
11662167     American Express,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
11662189    +American Express,   c/o United Recovery Systems, Inc.,   5800 N. Course Drive,
              Houston, TX 77072-1613
12112614     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11662169     BP,   P.O. Box 15325,   Wilmington, DE 19886-5325
11662168     Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
11934368    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
11662170     Capital One,   P.O. Box 70884,   Charlotte, NC 28272-0884
11662171     Capital One Bank,   P.O. Box 60024,   City Of Industry, CA 91716-0024
11662173     Chase,   PO Box 15153,   Wilmington, DE 19886-5153
11957007     Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11662181    +Citifinancial,   c/o Law Offices of Richard A. Snow,   123 W. Madison Street, Suite 310,
              Chicago, IL 60602-4847
11662174     Citifinancial,   152 Town Center Drive,   P.O. Box 249,   Matteson, IL 60443-0249
11662175    +Citifinancial Mortgage Company,   152 Town Center Drive,   Matteson, IL 60443-2245
11662177    +Dr. Michael Ryan,   17061 S. Harlem Ave.,   Tinley Park, IL 60477-2739
11662178     Emerge MasterCard,   P.O. Box 105655,   Atlanta, GA 30348-5655
11662179    +FIA Card Service N.A.,   c/o Penncro Associates, Inc.,   P.O. Box 1878,
              Southampton, PA 18966-0108
11662180     Home Depot Credit Services,   P.O. Box 689100,   Des Moines, IA 50368-9100
11662183    +Home Depot Credit Services,   c/o Northland Group, Inc.,   P.O. Box 390905,
              Edina, MN 55439-0905
11662182     Menards - Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
11662185     Sears Credit Cards,   P.O. Box 183081,   Columbus, OH 43218-3081
11662184    +Sears Credit Cards,   c/o Northland Group, Inc.,   P.O. Box 390905,   Edina, MN 55439-0905
11662186     Sears Gold MasterCard,   P.O. Box 818007,   Cleveland, OH 44181-8007
11662166     St. James Hospital and Health,   Centers,   c/o Accounts Recovery Bureau, Inc.,   P.O. Box 19857,
              Indianapolis, IN 46219-0857
11662187    +St. James Hospital and Health,   Centers,   1423 Chicago Road,   Chicago Heights, IL 60411-3400
11662188     Union Plus Credit Card,   P.O. Box 88000,   Baltimore, MD 21288-0001
11662172    +Union Plus Credit Card,   c/o CCB Credit Services, Inc.,   5300 S. 6th Street,
              Springfield, IL 62703-5184
11662191    +Well Group Health Partners,   333 Dixie Highway,   Chicago Heights, IL 60411-1748
11662192     Wells Fargo Financial Bank,   P.O. Box 98751,   Las Vegas, NV 89193-8751

The following entities were served by electronic transmission on Mar 20, 2009.
11662176     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2009 01:56:21     Discover Card,
              P.O. Box 30943,   Salt Lake City, UT 84110
11920929     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2009 01:56:21
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11699170     E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2009 00:12:43
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11903372    +E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2009 00:12:30
              Recovery Management Systems Corporation,   For GE Money Bank,   dba WALMART,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11920939    +E-mail/PDF: rmscedi@recoverycorp.com Mar 21 2009 00:12:29
              Recovery Management Systems Corporation,   For YESSG I,   As Assignee of HOUSEHOLD BANK,
              25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
11662190     E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2009 00:12:02     Wal*Mart,   P.O. Box 530938,
              Atlanta, GA 30353-0938
                                                                                        TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: Mar 20, 2009
Case: 07-18502               Form ID: pdf002       Total Served: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2009**                **Signature:**