UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-18502 |
| MAYER, KEITH E. | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____        By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Keith E. Mayer |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citifinancial Mortgage Co. |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEINBERG, TRUSTEE | | | | | |
| INTL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BP | | | | | |
| Bank of America | | | | | |
| Capital One | | | | | |
| Capital One | | | | | |
| Chase | | | | | |
| Citifinancial | | | | | |
| Emerge Mastercard | | | | | |
| FIA Card Services | | | | | |
| Home Depot | | | | | |
| Menards | | | | | |
| Sears | | | | | |
| Sears | | | | | |
| St. James Hospital & Health | | | | | |
| Union Plus Credit Card | | | | | |
| Well Group Health Partners | | | | | |
| Wells Fargo Financial Bank | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA, NA | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| DR. MICHAEL RYAN | | | | | |
| REC. MGMT. SYST. FOR GE MONEY | | | | | |
| RECOV MGMT SYST ASSIGNEE HOUSEHOLD | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 07-18502 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MAYER, KEITH E. | | | Date Filed (f) or Converted (c): | 10/09/07 (f) |
| | | | | 341(a) Meeting Date: | 11/13/07 |
| For Period Ending: | 06/29/09 | | | Claims Bar Date: | 04/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 146,649.00 | Unknown | | 0.00 | FA |
| Real Estate located at 109 North Elm Lane, Glenwood, IL | | | | | |
| 2. CHECKING ACCOUNT | 600.00 | 0.00 | | 0.00 | FA |
| Charter One Bank | | | | | |
| 3. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5. JEWELRY | 5.00 | 0.00 | | 0.00 | FA |
| Watch | | | | | |
| 6. INSURANCE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| Whole life insurance through Aetna | | | | | |
| 7. RETIREMENT PLANS | Unknown | 0.00 | | 0.00 | FA |
| Pension | | | | | |
| 8. CONTINGENT OR UNLIQUIDATE INTERESTS | 5,300.00 | Unknown | | 12,769.38 | FA |
| Estate of Edward Vojahosky, 04 P 8525 | | | | | |
| Possible 1/12th interest in Federal Employee Group Life Insurance of Edward Vojahosky | | | | | |
| Possible 1/12th interest in Civil Service Retirement System Life Insurance of Edward Vojahosky | | | | | |
| 9. AUTOMOBILE | 1,500.00 | 0.00 | | 0.00 | FA |
| 2001 Subaru Forester, 108,860 miles | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 19.78 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $156,154.00 | $0.00 | | $12,789.16 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 7)*

Ver: 14.31a

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-18502    CAD    Judge: CAROL A. DOYLE | Trustee Name:     JAY A. STEINBERG, TRUSTEE |
| Case Name: | MAYER, KEITH E. | Date Filed (f) or Converted (c):   10/09/07 (f) |
| | | 341(a) Meeting Date:   11/13/07 |
| | | Claims Bar Date:    04/28/08 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated Debtor's interest in probate estate and recovered $12,600 and paid Debtor $2,000 exemption. TR has reviewed claims; drafted
final report;and anticipates filing same in February, 2009. Expected dividend of 40% for allowed unsecured claims.

Initial Projected Date of Final Report (TFR): 12/31/08     Current Projected Date of Final Report (TFR): 02/28/09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-18502 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | MAYER, KEITH E. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2223  BofA - Money Market Account |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/08 | 8 | Thomas F. Novotny, Attorney<br>Client Escrow Account | Proceeds from Vojahosky Estate | 1129-000 | 12,685.34 | | 12,685.34 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 0.55 | | 12,685.89 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 3.02 | | 12,688.91 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 3.00 | | 12,691.91 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.60 | | 12,694.51 |
| 05/29/08 | 8 | Thomas  F. Novotny<br>4550 W. 103rd Street<br>Oak Lawn, IL  60453 | | 1129-000 | 84.04 | | 12,778.55 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.61 | | 12,780.16 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.57 | | 12,781.73 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.62 | | 12,783.35 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.59 | | 12,784.94 |
| 08/29/08 | | Transfer to Acct #*******2278 | Bank Funds Transfer | 9999-000 | | 2,000.00 | 10,784.94 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.33 | | 10,786.27 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.05 | | 10,787.32 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.88 | | 10,788.20 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.55 | | 10,788.75 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,788.84 |
| 02/17/09 | 000301 | International Sureties, Ltd.<br>701 Poydras Street  #420<br>New Orleans  LA  70139 | 2009 Blanket Bond Premium<br>Bond No. 016260455 | 2300-000 | | 21.13 | 10,767.71 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,767.79 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,767.88 |
| 04/21/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 10,768.03 |
| 04/21/09 | | Transfer to Acct #*******2278 | Final Posting Transfer<br>Transfer funds for final distribution.  ecb April 21, 2009, 02:37 pm | 9999-000 | | 10,768.03 | 0.00 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 07-18502 -CAD |
| Case Name: | MAYER, KEITH E. |
| Taxpayer ID No: | *******0749 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2223 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Account *******2223 | | Balance Forward | 0.00 | | |
| | 2 | Deposits | 12,769.38 | 1 Checks | 21.13 |
| | 16 | Interest Postings | 19.78 | 0 Adjustments Out | 0.00 |
| | | | | 2 Transfers Out | 12,768.03 |
| | | Subtotal | $ 12,789.16 | | |
| | | | | Total | $ 12,789.16 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 12,789.16 | | |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-18502 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | MAYER, KEITH E. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2278 BofA - Checking Account |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/08 | | Transfer from Acct #*******2223 | Bank Funds Transfer | 9999-000 | 2,000.00 | | 2,000.00 |
| 08/29/08 | 003001 | Keith E. Mayer<br>109 North Elm Lane<br>Glenwood, IL 60425 | Funds to Debtor for Exemptions | 8100-002 | | 2,000.00 | 0.00 |
| 04/21/09 | | Transfer from Acct #*******2223 | Transfer In From MMA Account<br>Transfer funds for final distribution. ecb April 21, 2009, 02:37 pm | 9999-000 | 10,768.03 | | 10,768.03 |
| 04/23/09 | 003002 | Jay A. Steinberg, Trustee<br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Trustee Final Compensation<br>Per Court Order dtd 4/21/09 | 2100-000 | | 1,828.88 | 8,939.15 |
| 04/23/09 | 003003 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000001, Payment 42.60125% | 7100-000 | | 556.76 | 8,382.39 |
| 04/23/09 | 003004 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000002, Payment 42.60095% | 7100-000 | | 3,176.31 | 5,206.08 |
| 04/23/09 | 003005 | Recovery Management Systems Corporation<br>For YESSG I<br>As Assignee of HOUSEHOLD BANK<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | Claim 000003, Payment 42.60089% | 7100-000 | | 2,445.27 | 2,760.81 |
| 04/23/09 | 003006 | Dr. Michael Ryan<br>17061 S. Harlem Ave.<br>Tinley Park, IL 60477 | Claim 000004, Payment 42.60125% | 7100-000 | | 408.12 | 2,352.69 |
| 04/23/09 | 003007 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400 | Claim 000005, Payment 42.60086% | 7100-000 | | 1,601.95 | 750.74 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.31a

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-18502 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | MAYER, KEITH E. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2278  BofA - Checking Account |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/23/09 | 003008 | SEATTLE, WA 98121<br>Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 42.60078% | 7100-000 | | 537.69 | 213.05 |
| 04/23/09 | 003009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000007, Payment 42.60063% | 7100-000 | | 213.05 | 0.00 |

| Account *******2278 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | | 0.00 | 9 | Checks | 12,768.03 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| | | | | | Total | $ 12,768.03 |
| 0 | Adjustments In | | 0.00 | | | |
| 2 | Transfers In | | 12,768.03 | | | |
| | Total | $ | 12,768.03 | | | |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31a

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-18502 -CAD | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MAYER, KEITH E. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2278  BofA - Checking Account |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 06/22/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Report Totals | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2 | Deposits | 12,769.38 | 10 | Checks | 12,789.16 |
| | 16 | Interest Postings | 19.78 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 12,768.03 |
| | | Subtotal | $ 12,789.16 | | | |
| | | | | | Total | $ 25,557.19 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 12,768.03 | | | |
| | | Total | $ 25,557.19 | | Net Total Balance | $ 0.00 |